IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLACIDO DIAZ GARCIA,<br><br>Petitioner,<br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | CIVIL ACTION<br>NO. 26-8201 |

**ORDER**

**AND NOW**, this 18th day of November 2026, upon consideration of the Status Report which says that Petitioner was given a bond hearing (Doc. No. 6), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.